# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

Civil Action No. ___2:22-cv-02554___
(To be supplied by the court)

___ELVIS ANDERSON___, Applicant.

v.

___WARDEN BOWERS___, Respondent.
(Name of warden, superintendent, jailer, or other custodian)

*(Note: If you are attacking the validity of a state conviction or sentence and not the execution of your sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.)*

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

___Elvis Anderson    #24360-076___
(Applicant's name, prisoner identification number, and complete mailing address)

___P.O. Box 34550; Memphis, TN 38184-0550___

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
_X_ Other: *(Please explain)* Non-committed Individual

**B.    RESPONDENT INFORMATION**

Warden Bowers / FCI Memphis
(Respondent's name and complete mailing address)

1101 John A. Denie Dr.; Memphis, TN 38134

**C.    STATEMENT OF CLAIMS**

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "C. STATEMENT OF CLAIMS."*

CLAIM ONE:    Misconduct (Added Info.)

Supporting facts:

[Attachment - A]

2

1-4-2023

ATTACHMENT A

## FCI/SPC MEMPHIS, TENNESSEE
### ATTEMPT AT INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy, BP-229(13), you should attempt to informally resolve your complaint through your Correctional Counselor. Briefly, state complaint below and list what effort you have made to resolve your complaint informally.

1.   Informal Resolution Form Issued by: _A.J. Smith_

2.   Inmate Name _E. Anderson_ Number _24360 076_ Unit _S-B_

INMATE'S COMMENTS.   (Inmate MUST COMPLETE Items 2, 3, 4, 5 and 6)

3.   Complaint: On January 3, 2023. Ofc. M. McCrae, deprived inmate Anderson, of his "Commissary" — without, any form, of previous/prior incident (disci-plinary)

4.   Efforts made to resolve and list staff contacted: _Informal_

5.   What remedy are you seeking? _Acknowledgment_

6.   Inmate Signature: _E. Ander_    Date returned: _In-House_

7.   COMMENTS: (To be completed by staff only)

Staff response to complaint: _____

8.   Date informally resolved: _____   Date BP-229(13) issued: _N/A_

9.   Signature: _____
            Correctional Counselor        Unit Manager        Date

If complaint is NOT informally resolved, this completed document must be attached to the BP-229(13) form to the Administrative Remedy Clerk.

**D.    PRIOR APPLICATIONS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal court in which you raised or could have raised the claim(s) raised in this action?  __ Yes **X** No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one prior application, use additional paper to provide the requested information for each prior application.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "D. PRIOR APPLICATIONS."*

Name and location of court:    _____

Case number:    _____

Type of proceeding:    _____

List the claim(s) raised:    _____

Date and result: (Attach a copy of the decision if available)    _____

Result on appeal, if appealed:    _____


**E.    ADMINISTRATIVE REMEDIES**

*WARNING: You must exhaust administrative and/or state remedies before filing an action in federal court pursuant to 28 U.S.C. § 2241.  Your case may be dismissed if you have not exhausted administrative and/or state remedies.  If additional space is needed to explain exhaustion, use extra paper to do so.  Please indicate that additional paper is attached and label the additional pages regarding exhaustion as "E. ADMINISTRATIVE REMEDIES."*

Explain the steps you have taken to exhaust administrative and/or state remedies:

" Informal "

3

**F.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Johnson, 135 S. Ct. at 2557 (2015).

**G.    APPLICANT'S SIGNATURE**

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_____
(Applicant's signature)

01/04/2023
(Date)

(Form Revised December 2017)

4