**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

ELVIS ANDERSON,

     Petitioner,

v.                                                                    Case No. 2-23-cv-2013-MSN-tmp

WARDEN BOWERS,

     Respondent.

**JUDGMENT**

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's *Pro Se* Petition for

a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), filed January 9, 2023.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the

Order Dismissing Petition Without Prejudice for Failure to Prosecute (ECF No. 26), docketed

March 22, 2023, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

March 22, 2023
Date